UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS KRAEMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 24-2378 (UNA) |
| ) | |
| U.S. SOCIAL SECURITY GENERAL ) | |
| COUNSEL, TINA M. WADDELL, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION**

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* (ECF No. 2) and *pro se* complaint (ECF No. 1). The Court GRANTS the application, and for the reasons discussed below, DISMISSES the complaint and this civil action without prejudice.

A *pro se* litigant's pleading is held to less stringent standards than would be applied to a formal pleading drafted by lawyer. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense, and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

In dozens of pages and exhibits, plaintiff recounts events leading to his eviction from a rent-controlled New York City apartment in or about 2015. He also that he has been injured in various ways by his former landlord, New York City officials, inspectors and judges, and, the General Counsel of the Social Security Administration.

As drafted, plaintiff's complaint fails to meet the minimal pleading standard set forth in Rule 8(a). The complaint's factual allegations are too vague and conclusory to articulate a viable legal claim or to give defendant reasonable notice of the claim(s) against her. An Order is issued separately.

DATE: September 18, 2024                                  DABNEY L. FRIEDRICH
                                                          United States District Judge